UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ZEVIN CURTIS WARD,

        Plaintiff,

   v.

COTTMAN TRANSMISSION SYSTEMS, LLC, COTTMAN TRANSMISSION CENTER, INC., COTTMAN MAINTENANCE SERVICE LIMITED LIABILITY COMPANY, and LOU GUARINI, individually,

        Defendants.

Civil No. 18-2155 (NLH/JS)

**ORDER**

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   14th   day of         February         , 2019

    **ORDERED** that Defendant Cottman Transmission Systems, LLC's Motion to Dismiss Plaintiff's Amended Complaint [24] is hereby **DENIED.**

At Camden, New Jersey

                              s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.